UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale)

IN RE:  CASE NO.: 18-BK-25116-RBR
CHAPTER 13

**CURLEY, BARBARA G.**
_____Debtor_____/

### MOTION TO EXTEND TIME FOR FILING REQUIRED DOCUMENTS (SUMMARY OF SCHEDULES, SCHEDULES A – J, AND STATEMENT OF FINANCIAL AFFAIRS, AND DECLARATION CONCERNING DEBTOR'S SCHEDULES, AND STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION, CHAPTER 13 PLAN AND CREDITOR MATRIX)

COMES NOW the Debtor, and moves this Honorable Court to enlarge the time for Debtor to file Summary of Schedules, Schedules A – J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, Statement of Current Monthly Income and Means Test Calculation, Chapter 13 Plan and Creditor Matrix (hereafter "Required Documents") pursuant to Local Rule 1007(c) and would show:

1. On December 3, 2018, the Debtor filed the petition under chapter 13.

2. The 341 Meeting of Creditors has not yet been set.

3. Debtor needs an additional ten (10) business days in order to file all the required documents or until December 28, 2018.

WHEREFORE, Debtor prays that this Court will enlarge the time for filing the Required Documents an additional ten (10) business days to be filed by December 28, 2018.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing motion has been provided via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 17th day of December 2018.

Respectfully submitted,

*/s/ WINSTON I. CUENANT*
Winston I. Cuenant
2550 N. Fed Hwy #10
Ft. Lauderdale, FL  33305
Telephone: (954) 766-4271
Attorney for Debtor